FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 AUG -2 AM 11: 54

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

## SAVANNAH DIVISION

|  |  |  |
|---|---|---|
| ANTHONY REGINALD PEEK, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Case No. CV416-165 |
| | ) | CR408-221 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

The Eleventh Circuit has granted Anthony Reginald Peek leave to file a successive 28 U.S.C. § 2255 motion for resentencing absent an armed career criminal enhancement. CR 408-221, doc. 64. Accordingly, the Court **VACATES** its prior Report and Recommendation. Doc. 61, *reported at* 2016 WL 3637097 (S.D. Ga. June 29, 2016).

Peek is invited to file whatever supplemental filing he wishes, while the Government is **DIRECTED** to, within 21 days after the date this Order is served, respond to the Eleventh Circuit's conclusion that Peek may be entitled to relief. *See* doc. 64 at 3 ("[I]t is clear that Peek's shoplifting conviction does not constitute an ACCA predicate under the elements or enumerated clauses, *see* O.C.G.A. § 16-8-14, and applying [*In*

*re Rogers*, ___ F.3d ___, 2016 WL 3362057 (11th Cir. June 17, 2016)],

Peek has demonstrated that his burglary conviction may be based on the

residual clause, meaning his ACCA sentence arguably arises from that

invalid clause.").

**SO ORDERED**, this 2nd day of August, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA